NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EUGENE EDWARD ULRATH,                    )
                                         )
        Appellant,                       )
                                         )
v.                                       )        Case No. 2D18-1336
                                         )
STATE OF FLORIDA,                        )
                                         )
        Appellee.                        )
                                         )
_____  )

Opinion filed March 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.

Eugene Edward Ulrath, pro se.


PER CURIAM.


        Affirmed.


BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.